IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00015-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOMINIC XAVIER MCDONALD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of the Final Supervised Release Violation Hearing scheduled for February 11, 2015. (Doc. No. 47).

For the reasons stated in the defendant's motion, the Court finds good cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 29, 2015

Robert J. Conrad, Jr.
United States District Judge